PD-0345-15

APPEAL NO. 12-13-00350-CR
IN THE CRIMINAL COURT OF APPEALS
AT AUSTIN, TEXAS
DAVON GREAVES V. STATE OF TEXAS

APPEAL OF CAUSE NUMBER 007-0901-13 FROM THE 7TH JUDICIAL DISTRICT COURT OF SMITH COUNTY, TEXAS

FIRST MOTION FOR EXTENSION OF TIME TO FILE APPELLANTS PROSE BRIEF OR RESPONSE TO ANDERS'S BRIEF

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAR 27 2015

TO THE HONORABLE JUSTICES OF THE COURT OF APPEALS: Abel Acosta, Clerk

Comes Now DAVON GREAVES, APPELLANT PRO SE AND RESPECTFULLY MOVES THE COURT TO EXTEND THE DEADLINE FOR FILING HIS BRIEF OR RESPONSE BY THIRTY DAYS. IN SUPPORT, APPELLANT WOULD SHOW THE FOLLOWING.

I.

ON OCT. 18, 2013 THE JUDGE FINDS APPELLANT GUILTY OF AGG. ROBBERY W/ DEADLY WEAPON. THE JUDGE ASSESSED PUNISHMENT AT 15 YEARS IMPRISONMENT IN THE TEXAS DEPARTMENT OF CRIMINAL JUSTICE.

FILED IN
COURT OF CRIMINAL APPEALS

MAR 27 2015

Abel Acosta, Clerk

II.

ON MARCH 9, 2015, APPELLANT RECEIVED NOTICE BY MAIL THAT HIS APPEAL ATTORNEY FILED AN ANDERS BRIEF ON HIS BEHALF AND NOTICE THAT APPELLANT HAD A RIGHT TO FILE A PRO SE BRIEF OR RESPONSE TO THE ANDERS BRIEF.

III.

ON MARCH 13, 2015, THE APPELLATE RECORD WAS FIRST MADE AVAILABLE TO APPELLANT. THE DEADLINE FOR FILING APPELLANT'S BRIEF OR RESPONSE IS APRIL 3, 2015.

IIII.

THIS IS APPELLANT'S FIRST REQUEST FOR EXTENSION. APPELLANT I UNABLE TO MEET THE DEADLINE FOR THE FOLLOWING REASON: I HAVE NOT HAD ACCESS TO LAW LIBRARY AND LIMITED LEGAL KNOWLEDGE THEREBY SLOWING DOWN MY RESEARCH.

## V.

For the reasons stated above, Appellant respectfully requests an additional thirty days to complete the pro se brief or response in support of Appellant's appeal.

## VI.

Appellant prays that the court grant this motion and extend the time to file Appellant's pro se brief or response by thirty days extending the deadline to May 27, 2015.

Respectfully submitted,

Davon Graves
Appellant, Pro Se

Davon Greaves
TDCJ 01894833
Bradshaw State Jail
PO Box 9000
Henderson Texas 75653

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT ON MARCH 23, 2015 A TRUE AND CORRECT COPY OF APPELLANT'S MOTION FOR EXTENSION TO FILE HIS BRIEF OR RESPONSE WAS MAILED TO THE ~~ATTORNEY~~ CLERK FOR THE CRIMINAL COURT OF APPEALS BY U.S. FIRST CLASS MAIL ADDRESSED TO P.O. BOX 12308 AUSTIN, TEXAS 78711.

_Davon Graves_
APPELLANT PRO SE

I GRAVES, DAVON, TDCJ# 01894833 BEING PRESENTLY INCARCERATED IN THE BRADSHAW STATE JAIL UNIT OF THE TEXAS DEPARTMENT OF CRIMINAL JUSTICE INSTITUTIONAL DIVISION IN RUSK COUNTY, TEXAS VERIFY AND DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING STATEMENTS ARE TRUE AND CORRECT EXECUTED ON THE 23 DAY OF MARCH, 2015.

_Davon Graves_
APPELLANT PRO SE
TDCJ# 01894833